# United States District Court
# For The Western District of North Carolina
# Charlotte Division

ROSEMARY B. SCOTT,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                           3:08CV372

JPMORGAN CHASE BANK, N.A., et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 27, 2009 Order.

                                                     Signed: April 27, 2009

                                                     Frank G. Johns, Clerk
                                                     United States District Court